JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-2163 AG (ANx) | Date | March 28, 2013 |
|---|---|---|---|
| Title | JOSE CASTRO v. UNIFUND CCR PARTNERS | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**      [IN CHAMBERS] ORDER DISMISSING CASE

On March 18, 2013, Plaintiff filed a document requesting that "the Court DISMISS Plaintiff's action against Defendant Unifund CCR Partners, WITH PREJUDICE." ("Motion to Dismiss with Prejudice," Dkt. No. 11.) Plaintiff claims that the parties have resolved this case outside of court proceedings and have agreed to the dismissal. Defendant has not opposed this request. The Court GRANTS Plaintiff's request. This case is DISMISSED WITH PREJUDICE.

                                                                          :   0

                                                    Initials of
                                                    Preparer          lmb